# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

September 22, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



Re:  Hamid Reza Sayadi-Takhtehkar
     v. United States, et al.
     No. 05-6556
     (Your No. 04-2862)

*01-CV-00276 WE*

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2005 and placed on the docket September 22, 2005 as No. 05-6556.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst

**RECEIVED**

SEP 2 8 2005

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA